IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| J.P., et al., | ) | CV 19-00668 DKW-WRP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PARADISE BOUND LLC, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS'
UNOPPOSED MOTION TO APPROVE SETTLEMENT OF MINOR

Findings and Recommendation having been filed and served on all parties on November 24, 2021, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Unopposed Motion to Approve Settlement of Minor" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 9, 2021 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge